UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG LIM JI,<br><br>    Plaintiff,<br><br>v.<br><br>MARIO SANPAOLO,<br><br>    Defendant. | Case No. 21-cv-02134-JST<br><br>**ORDER VACATING BRIEFING SCHEDULE; GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: ECF No. 38 |

Good cause being shown, Plaintiff's request that the Court reconsider the briefing schedule and grant him an extension of time to file an amended complaint is GRANTED.  ECF No. 38. The Court VACATES the current briefing schedule and GRANTS Plaintiff an extension of time file an amended complaint.  Plaintiff shall file his amended complaint within twenty-eight (28) days of the date of this order.  The Court will set a new briefing schedule in the order screening the amended complaint.

This order terminates ECF No. 38.

**IT IS SO ORDERED.**

Dated: June 9, 2022

_____
JON S. TIGAR
United States District Judge